UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-00236-CJC(SHx)  Date: May 31, 2011

Title: TD BANCORP AS TRUSTEE FOR MAPLE TRUST V. GAMALIEL ECHEVERRIA

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

    Plaintiff TD Bancorp as trustee for Maple Trust # 925 ("TD Bancorp") filed this unlawful detainer action in the Superior Court for the County of Orange against Defendant Gamaliel Echeverria on November 1, 2010.  On February 9, 2011, Mr. Echeverria removed the action to federal court asserting federal question jurisdiction, diversity jurisdiction, and the civil rights removal statute.  By minute order dated April 25, 2011, this Court issued an order to show cause to Mr. Echeverria regarding why this action should not be remanded to state court for lack of subject matter jurisdiction and directing Mr. Echeverria to file any opposition to the order to show cause by May 27, 2011.  Mr. Echeverria has not responded to the Court's order.

    Accordingly, the Court hereby REMANDS this action to state court pursuant to 28 U.S.C. § 1447(c) on the grounds that it lacks subject matter jurisdiction.  TD Bancorp's Complaint asserts a state-law claim for unlawful detainer, and affirmatively alleges that TD Bancorp seeks less than $10,000 in damages.  (Notice of Removal Ex. 1 ¶ 1(c).)  The Court may not exercise either federal question or diversity jurisdiction over that claim.  *See* 28 U.S.C. §§ 1331, 1332.  Mr. Echeverria has also failed to allege any facts to show that the California state court deprived him of his constitutional rights.  (*See* Notice of Removal ¶¶ 30, 32–36, 44–45.)